ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Navient Solutions, Inc. f/k/a Sallie Mae, Inc.
erroneously sued as "Navient Solutions, Inc., a foreign corporation
Successor in Interest to Sallie Mae, Inc., a foreign corporation"*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNELLE HERNANDEZ, an individual; JOSE HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AFNI, INC., a foreign corporation; ASSET MANAGEMENT PROFESSIONALS, LLC, a foreign limited liability company; ASSET RECOVERY SOLUTIONS, LLC, a foreign limited liability company; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; NAVIENT SOLUTIONS, INC., a foreign corporation, Successor in Interest to SALLIE MAE, INC., a foreign corporation; WORLDWIDE ASSET RECOVERIES, LLC, a domestic limited liability company;<br><br>Defendants. | Case No.:  2:15-cv-00078-LDG-NJK<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

Currently before the Court is the stipulation for dismissal with prejudice filed by plaintiffs Lynelle Hernandez and Jose Hernandez and defendant Navient Solutions, Inc. Navient Solutions, Inc. f/k/a Sallie Mae, Inc., erroneously sued as "Navient Solutions, Inc., a foreign corporation, Successor in Interest to Sallie Mae, Inc., a foreign corporation", (collectively, **the parties**).  The Court, having reviewed the parties' stipulation for dismissal with prejudice, finds that the stipulation

{32841865;1}

1  is timely and supported by good cause, and therefore GRANTS the Stipulation.  Defendant Navient

2  Solutions, Inc. is hereby DISMISSED from the action WITH PREJUDICE.

3       It is so ordered this 25 day of June, 2015

4

5  _____
   United States District Judge
6  Lloyd D. George

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28